UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

KEVIN LAKES,

                                      Plaintiff,

                    vs                                          9:09-CV-1171

CHAPLIN, Correction Officer, Washington
Correctional Facility,

                                      Defendants.


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

KEVIN LAKES
08-A-0876
Plaintiff, Pro Se
Washington Correctional facility
Box 180
72 Lock 11 Lane
Comstock, NY 12821

HON. ANDREW M. CUOMO               CHARLES J. QUACKENBUSH, ESQ.
Attorney General of the            Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Plaintiff, Kevin Lakes, commenced this civil rights action in October 2009, pursuant

to 42 U.S.C. § 1983.  By Report-Recommendation dated September 30, 2010, the Honorable

Andrew T. Baxter, United States Magistrate Judge, recommended that defendant's motion

for judgment on the pleadings (Docket No. 16) be granted and the complaint be dismissed

without prejudice in its entirety based on plaintiff's failure to exhaust his administrative remedies.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of  Magistrate Judge Baxter, the Report-Recommendation is accepted and adopted in all respects.  <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  Defendant's motion for judgment on the pleadings (Docket No. 16) is GRANTED.

2.  The complaint is DISMISSED in its entirety, without prejudice; and

3.  The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:   October 21, 2010
             Utica, New York.

_____
United States District Judge